PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile

☐ Pre-Indictment Plea  ☑ Superseding  ☐ Defendant Added
      ☑ Indictment  ☐ Charges/Counts Added
      ☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT  Las Vegas
DISTRICT OF NEVADA  Divisional Office

Name and Office of Person  Ellenrose Jarmolowich
Furnishing Information on  ☐ U.S. Atty  ☐ Other U.S. Agency
THIS FORM  Phone No. (702) 388-6336

Name of Asst.
U.S. Attorney  KIMBERLY M. FRAYN
(if assigned)

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Errol Watson, Jr. ~ FDA

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:
 ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

Place of
offense    County

CASE NO. 2:25-cr-00229-JAD-EJY

USA vs.

Defendant: DAVID RALPH WEBBER

Address:
____ FILED  ____ RECEIVED
____ ENTERED  ____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 25 2026

☐ Interpreter Required Dialect:
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Birth
Date _____  ☑ Male  ☐ Alien
☐ Female  (if applicable)

Social Security Number _____

**DEFENDANT**

Issue: ☐ Warrant  ☑ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
 ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts ___ 17

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 21 U.S.C. §§ 331(a), 333(a)(2) Introduction | of a Misbranded Drug into Interstate Commer | 1 |
| | 21 U.S.C. §§ 331(t), 333(b), and 353(e)(1)(A) | Wholesale Distribution of Prescription Drugs | 2 thru 5 |
| | | without a License | 6 thru 12 |
| | 18 U.S.C. §§ 545 and 2 | Smuggling | |
| | 18 U.S.C. §§ 1341 and 2 | Mail Fraud | 13 thru 17 |