# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>v.<br><br>David Ralph Webber,<br><br>              Defendant. | Case No.: 2:25-cr-00229-JAD-EJY<br><br>**Order Setting Hearing**<br><br>(Docket No. 47) |

Pending before the Court is the United States' motion to revoke Defendant David Ralph Webber's pretrial release. Docket No. 47. The Court hereby sets the motion for hearing on May 1, 2026, at 11:00 a.m. in courtroom 3C. Counsel for the United States, Defendant, Defendant's counsel, and Defendant's Pretrial Services Officer are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: April 28, 2026.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1