**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID RALPH WEBBER,<br>Defendant. | 2:25-CR-229-JAD-EJY<br>**Preliminary Order of Forfeiture** |

This Court finds David Ralph Webber pled guilty to Counts One and Two of a Two-Count Criminal Information charging him in Count One with introduction of a misbranded drug into interstate commerce in violation of 21 U.S.C. § 331(a) and in Count Two with mail fraud in violation of 18 U.S.C. § 1341. Criminal Information, ECF No. 68; Plea Agreement, ECF No. 69; Change of Plea, ECF No. 70.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has proven the amount for the in personam criminal forfeiture money judgment.

This Court finds David Ralph Webber agreed to the imposition of the in personam criminal forfeiture money judgment of $1,925,675 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. 68; Plea Agreement, ECF No. 69; Change of Plea, ECF No. 70.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of 21 U.S.C. § 331(a) and 18 U.S.C. § 1341, specified unlawful activities as defined in 18 U.S.C. § 1956(c)(7)(F), involving a Federal health care offense as defined in 18 U.S.C. § 24, or a conspiracy to commit such offenses; (2) any property, real or personal, which constitutes or

is derived from proceeds traceable to a violation of 18 U.S.C. § 1341, a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offense; and (3) property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of 21 U.S.C. § 331(a) and 18 U.S.C. § 1341, involving a Federal health care offense as defined in 18 U.S.C. § 24 and is subject to forfeiture under 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(7).

This Court finds that David Ralph Webber shall pay an in personam criminal forfeiture money judgment of $1,925,675 to the United States of America under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(7); and 21 U.S.C. § 853(p).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from David Ralph Webber an in personam criminal forfeiture money judgment of $1,925,675.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED July 17, 2026.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE