**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID RALPH WEBBER,

Defendant.

Case No. 2:25-cr-00229-JAD-EJY

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for October 19, 2026 at 10:00 a.m., be vacated and continued to December 10, 2026, at the hour of 10:00 a.m.

DATED this 16th day of September, 2026.

UNITED STATES DISTRICT JUDGE