**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID RALPH WEBBER,

Defendant.

Case No. 2:25-cr-00229-JAD-EJY

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for December 10, 2026 at 9:30 a.m., be vacated and continued to February 10, 2027, at the hour of 1:30 p.m.

DATED this 19th day of November, 2026.

UNITED STATES DISTRICT JUDGE